**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CEPHALON, INC., and CIMA LABS, INC., | |
|       Plaintiffs, | |
|     v. | Civil Action No. 08-455 SLR |
| BARR PHARMACEUTICALS, INC. and BARR LABORATORIES, INC., | |
|       Defendants. | |
| CEPHALON, INC., and CIMA LABS, INC., | |
|       Plaintiffs, | |
|     v. | Civil Action No. 08-810 SLR |
| BARR PHARMACEUTICALS, INC. and BARR LABORATORIES, INC., | |
|       Defendants. | |
| CEPHALON, INC., and CIMA LABS, INC., | |
|       Plaintiffs, | |
|     v. | Civil Action No. 09-74 SLR |
| BARR PHARMACEUTICALS, INC., BARR PHARMACEUTICALS, LLC, as successor-in-interest to Barr Pharmaceuticals, Inc. and BARR LABORATORIES, INC., | |
|       Defendants. | |

## STIPULATION TO CONSOLIDATE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto,

through their respective counsel and subject to the approval of the Court, that C. A. No. 08-455-

SLR, C.A. No. 08-810-SLR and C.A. No. 09-074-SLR shall be consolidated pursuant to Fed. R.

Civ. Pro. 42(a)(2) for all purposes.  C.A. No. 08-455 shall be the lead case, and all filings shall

be made in that case, captioned solely with the lead case number.

| | |
|---|---|
| */s/ Douglas E. McCann* | */s/ John C. Phillips, Jr.* |
| William J. Marsden, Jr. (#2247) | John C. Phillips, Jr. (#110) |
| marsden@fr.com | jcp@pgslaw.com |
| Douglas E. McCann (#3852) | Brian E. Farnan (#4089) |
| dmccann@fr.com | bef@pgslaw.com |
| Fish & Richardson P.C. | Phillips, Goldman & Spence, P.A. |
| 222 Delaware Avenue, 17th Floor | 1200 North Broom Street |
| P. O. Box 1114 | Wilmington, DE 19806 |
| Wilmington, DE 19899-1114 | 302-655-4200 |
| 302-652-5070 | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | |

Dated:  May 27, 2009                         Dated: May 27, 2009


                IT IS SO ORDERED this _____ day of _____, 2009.


                                _____
                                HONORABLE SUE L. ROBINSON
                                UNITED STATES DISTRICT JUDGE


80078278.DOC

2